JS - 6

**FILED: 1/23/13**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIELOIS EVANS, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SALEM COMMUNICATIONS CORP., ) <br> et al ) <br> Defendants. ) <br> _____ ) | CASE NO. CV 12-6363 GHK (PJWx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

Dated:   1/23/13

_____
GEORGE H. KING
Chief United States District Judge